**94–1655.** Neiberline v. Resash, Inc. *Franklin County*, No. 93APE12–1692. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective February 3, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–2529.** State v. McCall. *Licking County*, No. 94CA62. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. On December 28, 1994, this court granted appellant's motion for delayed appeal and ordered that appellant's memorandum in support of jurisdiction be filed on or before January 27, 1995. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the court's order and the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective February 3, 1995.

## RECONSIDERATION DOCKET

**93–1165.** Wilkinson v. Maurer. *Franklin County*, Nos. 92AP–674, 92AP–675, 92AP–677 and 92AP–678. Reported at 71 Ohio St.3d 513, 644 N.E.2d 369. On motion for reconsideration and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by Fraternal Order of Police of Ohio, Inc. The motions fail on the following vote:

MOYER, C.J., WRIGHT and EVANS, JJ., vote to deny.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., vote to grant.

COOK, J., not participating.

JOHN R. EVANS, J., of the Third Appellate District, sitting for PFEIFER, J.

*Wednesday, February 8, 1995*

## MOTION DOCKET

**93–1245.** State v. Loza. *Butler County*, No. CA91–11–0198. On motion for stay of execution. Motion granted.

PFEIFER, J., dissents.

**94–1671.** Smith v. Cosco Ind. *Hamilton County*, No. C–940289. On motion for stay of execution pending appeal to the United States Supreme Court. Motion denied.

**94–2161.** Toledo Blank, Inc. v. Pioneer Steel Serv. Co. *Lucas County*, No. L–92–362. On motion for stay of execution pending settlement documentation. Motion granted.

**94–2722.** State ex rel. Taylor v. Ohio Adult Parole Auth. *Franklin County*, No. 94APD07–971. On motion for stay of execution pending court of appeals' consideration of motion for reconsideration. Motion denied.